UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

**IN RE**

**WILLIAM TRAVIS ALLEN**                                     CASE NO.  11-50567
aka Travis Allen

**DEBTOR(S)**

**AMENDED ORDER TO SHOW CAUSE**

For failure to comply with an order of the court [ECF No. 23], Citizens Automobile Finance is directed to appear and show cause before the court at **9:00 a.m.** on May 18, 2017 at U.S. Bankruptcy Court, Second Floor Courtroom, 100 East Vine Street, Lexington, Kentucky, as to why sanctions should not be imposed.

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: Friday, April 21, 2017
(grs)